UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHILLIP S. WOODRUFF )
10812 Brookwood Avenue )
Upper Marlboro, MD 20772, )

    Plaintiff,

v.

Neil A.G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC 20419-0002 )

    Defendant

CASE NUMBER 1:06CV00688

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 04/14/2006

## COMPLAINT

COMES NOW, Appellant, Phillip S. Woodruff, ("Woodruff") and respectfully submits this Complaint under Title VII of the Civil Rights Act, the Older Workers' Benefit Act and other applicable laws and in furtherance thereof states:

### Statement of Facts

Plaintiff filed an appeal with the MSPB on June 29, 2005. Plaintiff contacted the Office of Equal Employment Opportunity by phone on October 27, 2005 to notify them that he was discriminated against by the MSPB Administrative Judge, when she failed to provide reasonable accommodations to Plaintiff due to his disability. In addition, the Plaintiff notified the MSPB Office of Equal Employment Opportunity that the Administrative Judge continued to discriminate against him during the settlement conference and forced him to sign an agreement without offering him time to review.

1.      This claim arises from a decision made by the U.S. Equal Employment Opportunity Commission dismissing his discrimination complaint (EE-01-06).

2.      The MSPB Office of Equal Employment Opportunity improperly denied Plaintiff's case on the basis of venue and employment status. The EEOC as well as the MSPB Office of Equal Employment Opportunity both confirmed that the MSPB was the proper venue for Plaintiff as an Appellant to bring this complaint in the MSPB Office of Equal Employment Opportunity. The director of MSPB in fact assigned an EEO Counselor and coordinated with the Plaintiff on numerous occasions.

When Plaintiff first contacted Ms. Butler and Ms. Roth, he specifically asked if this was the right venue for his complaint against the Administrative Judge, and if not, where should he file the complaint. He was advised by both Ms. Butler and Ms. Roth, that he was to file the complaint with them. In addition, Ms. Roth performed the initial interview with the Plaintiff and consulted with the Plaintiff on numerous occasions per her request for follow-up. At no time was the Plaintiff advised that this was the improper venue.

As a result of this information, Plaintiff properly filed his complaint with the MSPB Office of Equal Employment Opportunity as noted by Ms. Butler and Ms. Roth. Therefore the MSPB Office of Equal Employment Opportunity should therefore review the complaint filed by Plaintiff.

3.      As a result of the information provided by Ms. Butler and Ms. Roth, Plaintiff properly and timely filed his complaint.

4.      The MSPB Office of Equal Employment Opportunity failed to review Plaintiff's allegations that the Administrative Judge failed to allow Plaintiff sufficient time to review the settlement agreement as required under the Older Workers' Benefit Act.

5. All issues of discrimination brought before the MSPB in the mixed case complaint including disability, age, reprisal and other matters have not been addressed by the ALJ or Office of Equal Employment Opportunity as a result of this improper decision.

**WHEREFORE,** the Plaintiff, Phillip S. Woodruff, respectfully requests that the Court:

a). Reverse the decision of the MSPB Office of Equal Employment Opportunity and further;

b). Grant that all issues of the Complaint filed by the Plaintiff be fully and properly investigated and addressed by the appropriate authorities; and further

c). Schedule this matter for a jury trial in Federal Court, and further

d). For such other relief that the Court may deem necessary.

Respectfully submitted,

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD  20772
(301) 868-9383
*Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this _____ day of _____, 2006, a copy of the above pleading was sent via first class U.S. Mail, postage prepaid to:

Neil A. G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC  20419-0002


_____
Phillip S. Woodruff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF )
10812 Brookwood Avenue )
Upper Marlboro, MD 20772, )
)
)
    Plaintiff, ) Case No.:
)
v. )
)
)
Neil A.G. McPhie, Chairman )
U.S. Merit Systems Protection Board )
1615 M Street, NW )
Washington, DC 20419-0002 )

    Defendant

## REQUEST FOR JURY TRIAL

    Plaintiff, Phillip S. Woodruff, respectfully request this Court for a Jury Trial in the above captioned matter.

                                        Respectfully submitted,

                                        _____
                                        Phillip S. Woodruff

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this _____ day of _____, 2006, a copy of the above pleading was sent via certified mail, return receipt to:

Neil A. G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC 20419-0002

_____
Phillip S. Woodruff