UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHILLIP S. WOODRUFF,                    )
                                        )
   Plaintiff,                           )
                                        )
v.                                      )
                                        )
                                        )   Case No.:  06-0688 RBW
                                        )
Neil A.G. McPhie, Chairman              )
U.S. Merit Systems Protection Board     )
1615 M Street, NW                       )
Washington, DC  20419-0002              )
                                        )
   Defendant                            )

---

## AFFIDAVIT OF SERVICE

    I, Phillip S. Woodruff, hereby declare that on the 19th day of June, 2006, I mailed a copy

of the summons and complaint, certified mail return receipt requested to U.S. Attorney.

Attached hereto is the green card acknowledging service.

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland  20772
(301) 868-9383
*Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that that not later than the next business day following this  $3$

day of  _July_ , 2006, a copy of the above pleading was sent via U.S. first class mail,

postage prepaid to:

Neil A. G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC  20419-0002

U.S. Attorney
501 3rd Street. N.W.
Washington, D.C.  20001

U.S. Attorney General
D.O.J.
850 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

_____
Phillip S. Woodruff