UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHILLIP S. WOODRUFF,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
                                    )    Case No.:  06-0688 RBW
                                    )
Neil A.G. McPhie, Chairman          )
U.S. Merit Systems Protection Board )
1615 M Street, NW                   )
Washington, DC  20419-0002          )
                                    )
    Defendant                       )

---

### AFFIDAVIT OF SERVICE

    I, Phillip S. Woodruff, hereby declare that on the 19th day of June, 2006, I mailed a copy

of the summons and complaint, certified mail return receipt requested to Neil A.G. McPhie,

Chairman, U.S. Merit Systems Protection Board.  Attached hereto is the green card

acknowledging service.

_Phillip S. Woodruff_
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland  20772
(301) 868-9383
*Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that that not later than the next business day following this _3_

day of _July_, 2006, a copy of the above pleading was sent via U.S. first class mail,

postage prepaid to:

Neil A. G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC  20419-0002

U.S. Attorney
501 3rd Street. N.W.
Washington, D.C.  20001

U.S. Attorney General
D.O.J.
850 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

_Phillip S. Woodruff_
Phillip S. Woodruff