UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP S. WOODRUFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0688 (RBW) |
| ) | |
| **NEIL MCPHIE, Chairman,** ) | |
| U.S. Merit Systems Protection Board, ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court to enlarge the time within which it may answer or otherwise respond to plaintiff's complaint from August 21, 2006 to September 1, 2006.

In support of this motion, defendant states the following: due to extensive depositions in the case of Hairston v. National Gallery of Art, Case No. 04-0205, which are scheduled from August 15, 2006 to August 23, 2006, the undersigned counsel will be unavailable to provide its answer or otherwise respond to plaintiff's complaint. Accordingly, defendant respectfully requests that this Court enlarge the time for defendant to answer or otherwise respond to the complaint until September 1, 2006. Defendant has neither sought nor received any prior extensions in this matter.

Counsel for Defendant was unable to reach Plaintiff, who is proceeding pro se, regarding this extension pursuant to LCvR 7(m). Accordingly, Defendant cannot represent Plaintiff's position on this motion.

August 21, 2006                                    Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP S. WOODRUFF** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-0688 (RBW) |
| | ) |
| **NEIL MCPHIE, Chairman,** | ) |
| **U.S. Merit Systems Protection Board,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This case having come before this Court on Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and its answer or other appropriate response is due on September 1, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
Reggie B. Walton
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 21st day of August 2006, the foregoing Motion for an Enlargement of Time was sent by U.S. Mail, postage prepaid, to the following:

>Phillip S. Woodruff
>10812 Brookwood Avenue
>Upper Marlboro, MD 20772

/s/
Eric J. Janson
Special Assistant United States Attorney