UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP S. WOODRUFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-0688 (RBW)** |
| ) | |
| **NEIL MCPHIE, Chairman,** ) | |
| **U.S. Merit Systems Protection Board,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court to enlarge the time within which it may answer or otherwise respond to plaintiff's complaint from September 1, 2006 to September 8, 2006.  This is Defendant's second enlargement of time to answer or otherwise respond to plaintiff's complaint.

There is good cause for the Court to grant this Motion.  Defendant's counsel is currently preparing a pre-answer dispositive motion in this matter.  However, defendant's counsel has had two unanticipated deadlines this week in Hairston, *et. al.* v. National Gallery of Art, Civil Action No. 04-0205 (motion for reconsideration) and Wheeler v. FBI, Civil Action No. 02-0605 (response to Court's August 28, 2006 Minute Order), in addition to other routine filings during this period, which prevented counsel from completing the dispositive motion in this case.  Accordingly, the requested extension will provide counsel the opportunity to complete a proper dispositive motion.

Although Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*," and not with pro se plaintiffs, counsel for defendant left a message for the pro se Plaintiff regarding the relief sought herein and Plaintiff left a message for defendant informing counsel that he would not consent to the requested extension.

September 1, 2006                                  Respectfully submitted,


                                                   _____/s/_____
                                                   KENNETH L. WAINSTEIN., D.C. Bar #451058
                                                   United States Attorney


                                                   _____/s/_____
                                                   RUDOLPH CONTRERAS D.C. Bar No. 434122
                                                   Assistant United States Attorney


                                                   _____/s/_____
                                                   ERIC J. JANSON
                                                   Special Assistant United States

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PHILLIP S. WOODRUFF** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0688 (RBW) |
| | ) |
| **NEIL MCPHIE, Chairman,** | ) |
| **U.S. Merit Systems Protection Board,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case having come before this Court on Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and its answer or other appropriate response is due on September 8, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
Reggie B. Walton
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of September 2006, the foregoing Motion for an Enlargement of Time was sent by U.S. Mail, postage prepaid, to the following:

> Phillip S. Woodruff
> 10812 Brookwood Avenue
> Upper Marlboro, MD 20772

/s/
Eric J. Janson
Special Assistant United States Attorney