## PART 1—Appellant and Agency Information

Complete this part regardless of which type of appeal you are filing. Then proceed to Part 2 if you are ...aling an agency personnel action or decision, to Part 3 if you are appealing an administrative ...sion or action affecting your retirement rights or benefits, or to Part 5 if you are filing an IRA appeal, USERRA appeal, or VEOA appeal.

*Please type or print legibly.*

**1. Name** *(last, first, middle initial)*

WOODRUFF, PHILLIP STEVEN

**2. Present address** *(number and street, city, State, and Zip code)*
You must notify the Board in writing of any change in your mailing address while your appeal is pending.

Address: 10812 BROOKWOOD AVENUE

City, State, Zip code: UPPER MARLBORO, MD 20772

**3. Telephone Numbers** *(include area code) and E-Mail Address*
You must notify the Board in writing of any change in your telephone number(s) or e-mail address while your appeal is pending.

Home: (X)   Work: ( )   FAX: ( )   Other: ( ) (301) 868-9383 TEL.

E-mail Address:   FAX (301) 856-4636 FAX

**4.** Name and address of the agency that took the action or made the decision you are appealing *(include bureau or division, street address, city, State and Zip code)* U.S. DEPARTMENT OF TRANSPORTATION

Agency Name: FEDERAL AVIATION ADMINISTRATION HEADQUARTERS

Bureau: OFFICE OF HUMAN RESOURCES MANAGEMENT

Address: 800 INDEPENDENCE AVENUE, S.W.

City, State, Zip code: WASHINGTON, DC 20591

**5.** Your Federal employment status at the time of the action or decision you are appealing:

(X) Permanent  [ ] Temporary  [ ] Term
[ ] Seasonal  [ ] Applicant  [ ] Retired
[ ] None

**6.** Type of appointment (if applicable):

[X] Competitive  [X] Excepted *
[ ] Postal Service  [ ] SES
[ ] Other *(describe)*:

* NOTE: COMPETITIVE INITIALLY / MAY HAVE BEEN CHANGED BY AGENCY.

**7.** Your position, title, grade, and duty station at the time of the action or decision you are appealing (if applicable):

Occupational Series: FM-1035-15  Position Title: DIVISION MANAGER (Supv. Public Affairs Spl)

Grade: GM-15  Duty Station: WASHINGTON, DC

**8.** Are you **entitled** to veterans' preference? See 5 U.S.C. 2108.

[ ] Yes  [ ] No

**9.** Length of Government service (if applicable):

25+ YEARS

**10.** Were you serving a probationary or trial period at the time of the action or decision you are appealing?

[ ] Yes  [X] No

## PART 1—Appellant and Agency Information (continued)

HE***NG: You may have a right to a hearing before an administrative judge. If you choose to have a hearing, the Board will notify ...n and where it is to be held. If you do not want a hearing, the Board will make its decision on the basis of the submissions o... ,.arties.

11. Do you want a hearing?   [X] Yes       [ ] No

12. I certify that all of the statements made in this form and any attachments are true, complete, and correct to the best of my knowledge and belief.

Signature of Appellant or Representative:                     Date:

_pwWoodL._                                                    6/29/2005

## PART 2—Agency Personnel Action or Decision (non-retirement)

Complete this part if you are appealing an agency personnel action or decision (other than a decision ... ction affecting your retirement rights or benefits) that is appealable to the Board under a law, rule, ...gulation. See 5 C.F.R. 1201.3 (a) for a list of appealable personnel actions and decisions. If the personnel action or decision is appealable to the Board, you should have received a final decision letter from the agency that informs you of your right to file an appeal with the Board.

13. Check the box that best describes the agency **personnel action or decision** you are appealing. (If you are appealing more than one action or decision, check each box that applies.) **Attach a copy** of the proposal letter and decision letter (if any). If an SF-50 or its equivalent was issued and is available, attach it now; however, DO NOT delay filing your appeal because you do not have an SF-50. You may submit the SF-50 when it becomes available.

[X] Removal                    [ ] Reduction in grade or pay          [ ] Suspension for more than 14 days

[ ] Separation, demotion, or furlough for more than 30 days by reduction in force (RIF)

[ ] Furlough of 30 days or less                                [ ] Termination during probationary period

[X] Failure to restore/reemploy/reinstate or improper restoration/reemployment/reinstatement

[ ] Negative suitability determination                         [ ] Denial of within-grade increase

[X] Other action, describe: _EEO/DISCRIMINATION - DISABILITY ; REPRISAL ; AGE_

| 14. Date you received the agency's proposal letter (if any) (month, day, year) (Attach a copy): (ON OR ABOUT) 4/29/2005 | 15. Date you received the agency's final decision letter (if any) (month, day, year) (Attach a copy): 6/29/2005 | 16. Effective date (if any) of the agency action or decision (month, day, year): 6/30/2005 |
|---|---|---|

17. Prior to filing this appeal, did you and the agency mutually agree in writing to try to resolve the matter through an alternative dispute resolution (ADR) process?

[ ] Yes (Attach a copy of the agreement)          [X] No

## PART 2—Agency Personnel Action or Decision (non-retirement) (continued)

...ain briefly why you think the agency was wrong in taking this action or making this decision. THEY AVOID THE DISABILITY + THE ACCOMMODATION ISSUES + THE HOSTILE WORK ENVIRONMENT, OTHER ISSUES. THE AGENCY HAS TAKEN THIS ACTION AS REPRISAL, AND AS A MEANS TO FORCE MY RETIREMENT FROM FEDERAL SERVICE AND PREVENT MY RETURN TO THE AGENCY. ALTHOUGH, THE AGENCY OFFICIALS CLAIM THIS IS FOR THE EFFICIENCY OF THE FEDERAL SERVICE IT IS QUITE THE OPPOSITE — THE FAA HAS NEVER OFFERED THE MANDATED ACCOMMODATIONS FOR MY DISABILITY, AND NO REINSTATEMENT — JUST REMOVAL, FORCING MY RETIREMENT + LOSS OF BENEFITS.

19. What action would you like the Board to take in this case (i.e., what remedy are you asking for)?
① REINSTATEMENT TO POSITION WITH ALL BENEFITS + STATUS RESTORED
② EXTENSION OF LWOP FOR 6 MONTHS to 1 YEAR - WITH DOCUMENTATION.
③ OFFER POSITION WITH ACCOMMODATIONS FOR DISABILITY WHICH WERE WITHDRAWN
④ PROVIDE A NON-HOSTILE WORK ENVIRONMENT ⑤ NO FURTHER REPRISAL ⑥ RESOLVE PAY, LEAVE, OTHER ISSUES.

20. ...h respect to the agency personnel action or decision you are appealing, have you, or has anyone on your behalf, filed a ...vance under a negotiated grievance procedure provided by a collective bargaining agreement?

[ ] Yes    [X] No

If "Yes," attach a copy of the grievance, enter the date it was filed (month, day, year), and enter the place where it was filed if different from your answer to question 4 in Part 1:

Agency Name:                              Date Filed:

Bureau:

Address:

City, State, Zip code:

If a decision on the grievance has been issued, attach a copy of the decision and enter the date it was issued (month, day, year):

## PART 3—OPM or Agency Retirement Decision or Action

Complete this part if you are appealing an administrative decision or action by the Office of Personnel Management (OPM) or a Federal agency affecting your rights or benefits under the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS). See 5 C.F.R. 1201.3(a)(6). If the decision or action is appealable to the Board, you should have received a final decision from OPM or the agency that informs you of your right to file an appeal with the Board.

| 21. In which retirement system are you enrolled? | 22. Are you a: |
|---|---|
| [ ] CSRS  [ ] CSRS Offset  [ ] FERS<br>[ ] Other, describe: | [ ] Current Employee   [ ] Annuitant<br>[ ] Surviving Spouse<br>[ ] Other, describe: |

## PART 3—OPM or Agency Retirement Decision or Action (continued)

23. ...tired, date of retirement *(month, day, year)*:

24. Are you appealing an action or decision concerning a retirement coverage error under the provisions of the Federal Erroneous Retirement Coverage Corrections Act (FERCCA)?

    [ ] Yes    [ ] No

25. Describe the retirement decision or action you are appealing.

### Answer either Question 26 OR Question 27, whichever applies to your appeal.

26. If you are appealing an OPM retirement decision, have you received a final or reconsideration decision from OPM?

    [ ] Yes *(Attach a copy)*    [ ] No

    If "Yes," on what date did you receive the OPM decision *(month, day, year)*?

27. If you are appealing a retirement decision or action by a Federal agency other than OPM, have you received a final decision from that agency?

    [ ] Yes *(Attach a copy)*    [ ] No

    If "Yes," on what date did you receive the agency decision *(month, day, year)*?

28. Why do you think the decision or action was wrong?

29. What action would you like the Board to take in this case (i.e., what remedy are you asking for)?

## PART 4—Other Claims

If you completed Part 2 to appeal an agency personnel action or decision or Part 3 to appeal an administrative decision or action affecting your retirement rights or benefits, you may raise certain other claims in connection with that appeal. Such claims must be raised no later than the close of the conference(s) held to define the issues in your appeal. See 5 C.F.R. 1201.24(b). If you wish to raise any of these claims at this time, check the appropriate box (or boxes) in this part to indicate the claim(s) you are raising. Provide information supporting the claim(s), including any information required by the Board's regulations for the specific type of claim(s), on a separate sheet of paper and attach it to this form. If you prefer, you may raise such claims later—but no later than the close of the conference(s) on your appeal. Remember that you are responsible for proving each claim you raise.

## PART 4—Other Claims (continued)

30. Check the appropriate box (or boxes) for any claim(s) that you wish to raise at this time **in connection with the action or decision you appealing in Part 2 or Part 3**, and provide supporting information as an **attachment** to this form:

[X] A claim that the agency made errors in applying required procedures (harmful error), that the agency action or decision was the result of a prohibited personnel practice, or that the agency action or decision was not in accordance with law. See **5 C.F.R. 1201.56**(b) **and (c)(3)**. For prohibited personnel practice claims, also **see 5 U.S.C. 2302(b)**.

[X] A claim that the agency action or decision was the result of prohibited discrimination (race, color, religion, sex, national origin, disability, age). See **5 C.F.R. 1201.151 and 1201.153**. If you previously filed a **formal** discrimination complaint with the agency concerning the action or decision you are appealing, **attach a copy of the complaint**. If the agency has issued a final decision on your discrimination complaint, **attach a copy of the decision**.

[ ] A claim that the agency action or decision was based on whistleblowing. See 5 U.S.C. 2302(b)(8), **5 C.F.R. 1209.2**(b)(2), and **5 C.F.R. 1209.6(a)**. If you previously sought corrective action from the Office of Special Counsel (OSC) concerning the same disclosure(s) and the same agency action or decision you are appealing, **attach a copy of your request to OSC** for corrective action. If you have received written notice from OSC of your right to appeal to the Board, **attach a copy of the OSC notice**. Also see **5 C.F.R. 1209.8 and 1209.9** if you wish to request a **stay** of the agency action or decision.

[ ] A claim that the agency violated your rights under the Uniformed Services Employment or Reemployment Rights Act (USERRA) (other than rights related to the Thrift Savings Plan for Federal employees) in taking the action or making the decision. See 38 U.S.C. 4322 and **4324**, **5 C.F.R. 1208.11**, and **5 C.F.R. 1208.13**. If you previously filed a USERRA complaint with the Department of Labor (DOL) on this matter, **attach a copy of the complaint**. If you have received written notice from DOL that your USERRA complaint could not be resolved, **attach a copy of the DOL notice**.

[ ] A claim that the agency violated a law or regulation relating to veterans' preference in taking the action or making the decision. **IMPORTANT:** If you choose to make your veterans' preference claim in connection with this appeal of an agency action or decision, you may NOT also file a complaint under the redress procedure of the Veterans Employment Opportunities Act (VEOA) with DOL. See **5 U.S.C. 3330a(e)** and **5 C.F.R. 1208.26**.

## PART 5—IRA Appeal, USERRA Appeal, or VEOA Appeal

Complete the applicable question in this part ONLY if you are filing an Individual Right of Action (IRA) appeal under the Whistleblower Protection Act, a Uniformed Services Employment and Reemployment Rights Act (USERRA) appeal, or a Veterans Employment Opportunities Act (VEOA) appeal.

Before you may file an IRA appeal with the Board, you must first file a whistleblower complaint with the Office of Special Counsel (OSC) and exhaust the procedures of that office. See **5 C.F.R. 1209.2(b)(1)**. To pursue redress for a USERRA violation, you may either file a USERRA complaint with the Department of Labor (DOL) or file an appeal with the Board. However, if you filed a USERRA complaint with DOL, you must exhaust DOL procedures before you may file an appeal with the Board. See **5 C.F.R. 1208.11**. Before you may file a VEOA appeal with the Board, you must first file a VEOA complaint with DOL and allow DOL at least 60 days to try to resolve the matter. See **5 C.F.R. 1208.21**.

### Answer Question 31 ONLY if you are filing an IRA appeal.

31. Have you exhausted OSC procedures with respect to your whistleblower complaint, i.e., with respect to the same disclosure(s) and the same agency action or decision underlying your IRA appeal?

[ ] Yes   [ ] No

If "Yes," **attach a copy of your complaint to OSC**, provide the information required by the Board's regulations at **5 C.F.R. 1209.6(a)** as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from OSC of your right to file an IRA appeal with the Board, **attach a copy of the OSC notice**. Also see **5 C.F.R. 1209.9** if you wish to request a **stay** of the agency action or decision.

**Answer Question 32 ONLY if you are filing a USERRA appeal.**

32. Have you previously filed a USERRA complaint with DOL on this matter?    [ ] Yes    [ ] No

If "Yes," **attach a copy of your USERRA complaint to DOL**, provide the information required by the Board's regulations at 5 C.F.R. 1208.13(a) as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from DOL that your USERRA complaint could not be resolved, **attach a copy of the DOL notice**. If your USERRA complaint was referred to OSC and OSC declined to represent you, **attach a copy of the OSC notice**. If OSC is representing you in your USERRA appeal, complete Part 6.

If "No," provide the information required by the Board's regulations at 5 C.F.R. 1208.13(a) as an attachment to this form, and explain what action you would like the Board to take in this case.

**Answer Question 33 ONLY if you are filing a VEOA appeal.**

33. Have you filed a VEOA complaint with DOL and allowed DOL at least 60 days to try to resolve this matter?    [ ] Yes    [ ] No

If "Yes," **attach a copy of your VEOA complaint to DOL**, provide the information required by the Board's regulations at 5 C.F.R. 1208.23(a) as an attachment to this form, and explain what action you would like the Board to take in this case. If you have received written notice from DOL that your VEOA complaint could not be resolved, **attach a copy of the DOL notice** and provide the **date** you received it. If more than 60 days have passed since you filed your VEOA complaint with DOL and your complaint has not been resolved, **attach a copy of your notice to DOL** stating your intent to appeal to the Board and provide the **date** you sent it to DOL.

## PART 6—Designation of Representative

Complete this part to designate an organization or a person who has agreed to represent you in your appeal before the Board. **If you are representing yourself, do NOT complete this part.** By designating a representative, you agree to allow the Board to give your representative all information concerning the appeal. Any changes of this designation must be sent in writing to the MSPB office handling the appeal and to the other party. See 5 C.F.R. 1201.31.

34. Do you wish to designate an individual or organization to represent you in this proceeding before the Board? (You may designate a representative at any time. However, the processing of your appeal will not normally be delayed because of any difficulty you may have in obtaining a representative.)

[ ] Yes *(Complete the information below and sign)*    [X] No

**DESIGNATION:**

"I hereby designate _____ to serve as my representative during the course of this appeal. I understand that my representative is authorized to act on my behalf. In addition, I specifically delegate to my representative the authority to settle this appeal on my behalf. I understand that any limitation on this settlement authority must be filed in writing with the Board.

| Representative's address *(number and street, city, State and ZIP code)*. | Representative's telephone numbers *(include area code)* and e-mail address: |
|---|---|
| Address: | Office: |
| City, State, Zip code: | FAX:    Other: |
| | E-mail address: |

**SIGN BELOW TO MAKE YOUR DESIGNATION OF REPRESENTATIVE EFFECTIVE**

_____    _____
Appellant's Signature                                Date