# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

PHILLIP S. WOODRUFF,         DOCKET NUMBER
       Appellant,        DC-0752-05-0599-I-1

       v.

DEPARTMENT OF        DATE: February 17, 2006
       TRANSPORTATION,
       Agency.

Phillip S. Woodruff, Upper Marlboro, Maryland, pro se.

Alexandra R. Randazzo, Esquire, Washington, D.C., for the agency.

### BEFORE

Neil A. G. McPhie, Chairman
Mary M. Rose, Vice Chairman
Barbara J. Sapin, Member

### FINAL ORDER

The appellant has filed a petition for review in this case asking us to reconsider the initial decision issued by the administrative judge. We grant petitions such as this one only when significant new evidence is presented to us that was not available for consideration earlier or when the administrative judge made an error interpreting a law or regulation. The regulation that establishes this standard of review is found in Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115).

After fully considering the filings in this appeal, we conclude that there is no new, previously unavailable, evidence and that the administrative judge made



no error in law or regulation that affects the outcome.  5 C.F.R. § 1201.115(d).
Therefore, we DENY the petition for review.   The initial decision of the
administrative judge is final.  This is the Board's final decision in this matter.
5 C.F.R. § 1201.113.

### NOTICE TO THE APPELLANT REGARDING
### YOUR FURTHER REVIEW RIGHTS

You have the right to request the United States Court of Appeals for the
Federal Circuit to review this final decision.  You must submit your request to the
court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

The court must receive your request for review no later than 60 calendar days
after your receipt of this order.  If you have a representative in this case, and your
representative receives this order before you do, then you must file with the court
no later than 60 calendar days after receipt by your representative.  If you choose
to file, be very careful to file on time.  The court has held that normally it does
not have the authority to waive this statutory deadline and that filings that do not
comply with the deadline must be dismissed.  *See Pinat v. Office of Personnel
Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to
court, you should refer to the federal law that gives you this right.  It is found in
Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703).  You may read
this law, as well as review the Board's regulations and other related material, at
our website, http://www.mspb.gov.  Additional information is available at the
court's website, http://fedcir.gov/contents.html.  Of particular relevance is the

court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.


FOR THE BOARD:

_____
Bentley M. Roberts, Jr.
Clerk of the Board

Washington, D.C.