UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF,<br><br>   Plaintiff,<br><br>v.<br><br>Neil A.G. McPhie, Chairman<br>U.S. Merit Systems Protection Board<br>1615 M Street, NW<br>Washington, DC  20419-0002<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 06-0688 RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2006, that Defendant's Request for Enlargement of Time is DENIED, and further it is hereby

**ORDERED,** that the relief requested by Plaintiff in his complaint is GRANTED.

_____
Reggie B. Walton
United States District Court Judge