UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   Case No.: 06-0688 RBW
                                    )
Neil A.G. McPhie, Chairman          )
U.S. Merit Systems Protection Board )
1615 M Street, NW                   )
Washington, DC  20419-0002          )
                                    )
        Defendant                   )

## AFFIDAVIT OF SERVICE

I, Phillip S. Woodruff, hereby declare that on the 19th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to U.S. Attorney. Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>X _[signature]_<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL - 7 2006<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>U.S. Attorney General<br>D.O.J.<br>850 Pennsylvania Ave, N.W.<br>Washington, D.C. 20530 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0004 1650 0233 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

RECEIVED

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland  20772
(301) 868-9383
*Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that that not later than the next business day following this 31 day of AUGUST, 2006, a copy of the above pleading was sent via U.S. first class mail, postage prepaid to:

Neil A. G. McPhie, Chairman
U.S. Merit Systems Protection Board
1615 M Street, NW
Washington, DC  20419-0002

U.S. Attorney
501 3rd Street. N.W.
Washington, D.C.  20001

U.S. Attorney General
D.O.J.
850 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

_____
Phillip S. Woodruff