RECEIVED
AUG 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
)
Plaintiff, )
)
)
v. )
) Case No.: 06-0688 RBW
)
Neil A.G. McPhie, Chairman )
U.S. Merit Systems Protection Board )
1615 M Street, NW )
Washington, DC 20419-0002 )
)
Defendant )

## PLAINTIFF'S OPPOSITION FOR DEFENDANT'S ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff, Phillip S. Woodruff, opposes Defendant's enlargement of time to answer or otherwise respond to complaint and in furtherance thereof states:

1. Plaintiff served Defendant on June 19, 2006.

2. Defendant has had this case for approximately two months.

3. Defendant **NEVER** contacted Plaintiff requesting additional time to answer the complaint. Defendant offers no evidence to verify this statement.

4. Defendant stating that they were unable to reach Plaintiff is entirely **FALSE.** Plaintiff maintains voice mail and fax lines and no messages have been received from the Defendant regarding this matter.

5. Defendant had ample time to respond to this complaint prior to the sixty (60) days, and prior to the depositions the Defendant allegedly has late this month.

Exhibit 1

6. Defendant's request for enlargement of time comes at the last hour, and without ample justification or notification.

7. **Defendant is in default.**

**WHERFORE,** Plaintiff respectfully requests this court to DENY Defendant's request for enlargement of time, and **GRANT** Judgment in favor of Plaintiff for the relief requested in the Complaint.

Respectfully submitted,

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland 20772
(301) 868-9383
*Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that that not later than the next business day following this ___ day of _____, 2006, a copy of the above pleading was sent via U.S. first class mail, postage prepaid to:

Kenneth L. Wainstein, U. S. Attorney
Rudolph Contreras, Asst. U.S. Attorney
Eric Janson, Special Assistant, U.S.
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
Phillip S. Woodruff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, <br><br> Plaintiff, <br><br> v. <br><br> Neil A.G. McPhie, Chairman <br> U.S. Merit Systems Protection Board <br> 1615 M Street, NW <br> Washington, DC  20419-0002 <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 06-0688 RBW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2006, that Defendant's Request for Enlargement of Time is DENIED, and further it is hereby

**ORDERED,** that the relief requested by Plaintiff in his complaint is GRANTED.

_____
Reggie B. Walton
United States District Court Judge