JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00688-RBW

| | |
|---|---|
| WOODRUFF v. MCPHIE | Date Filed: 04/14/2006 |
| Assigned to: Judge Reggie B. Walton | Jury Demand: Plaintiff |
| Cause: 42:2003 Job Discrimination | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

PHILLIP S. WOODRUFF       represented by   PHILLIP S. WOODRUFF
10812 Brookwood Avenue
Upper Marlboro, MD 20772
(301) 868-9383
*PRO SE*

V.

**Defendant**

NEIL A.G. MCPHIE       represented by   Eric J. Janson
*Chairman, U.S. Merit Systems*        U.S. ATTORNEY'S OFFICE
*Protection Board*        555 Fourth Street, NW
Washington, DC 20001
US
(202) 514-9150
Email: eric.janson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2006 | 1 | COMPLAINT against NEIL A.G. MCPHIE (Filing fee $ 350) filed by PHILLIP S. WOODRUFF.(jf, ) (Entered: 04/21/2006) |
| 04/14/2006 | | SUMMONS Not Issued as to NEIL A.G. MCPHIE (jf, ) (Entered: 04/21/2006) |
| 06/14/2006 | | SUMMONS (3) Issued as to NEIL A.G. MCPHIE, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/14/2006) |
| 07/03/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 6/21/2006, answer due 8/21/2006 (td, ) (Entered: 07/06/2006) |
| 07/03/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint |

Exhibit 2

| | | |
|---|---|---|
| | | Executed as to NEIL A.G. MCPHIE served on 6/23/2006, answer due 8/22/2006. (td, ) (Entered: 07/06/2006) |
| 08/21/2006 | 4 | MOTION for Extension of Time to *Answer or Otherwise Respond to Complaint* by NEIL A.G. MCPHIE. (Janson, Eric) (Entered: 08/21/2006) |
| 09/01/2006 | 5 | MOTION for Extension of Time to *Answer or Otherwise Respond* by NEIL A.G. MCPHIE. (Janson, Eric) (Entered: 09/01/2006) |
| 09/05/2006 | | ORDER granting 5 Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The defendant shall file its answer or otherwise respond to the plaintiff's complaint by September 8, 2006. Signed by Judge Reggie B. Walton on 9/5/06.(lcrbw2) (Entered: 09/05/2006) |
| 09/08/2006 | 6 | MOTION to Dismiss by NEIL A.G. MCPHIE. (Attachments: # 1 Exhibit Plaintiff's MSPB Appeal# 2 Exhibit MSPB Initial Decision# 3 Exhibit Plaintiff's MSPB Petition for Review (PFR)# 4 Exhibit MSPB PFR Decision# 5 Exhibit Plaintiff's Formal EEO Complaint# 6 Exhibit Dismissal for Plaintiff's Formal EEO Complaint)(Janson, Eric) (Entered: 09/08/2006) |