JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00688-RBW

WOODRUFF v. MCPHIE
Assigned to: Judge Reggie B. Walton
Cause: 42:2003 Job Discrimination

Date Filed: 04/14/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**PHILLIP S. WOODRUFF**

represented by **PHILLIP S. WOODRUFF**
10812 Brookwood Avenue
Upper Marlboro, MD 20772
(301) 868-9383
PRO SE

V.

**Defendant**
**NEIL A.G. MCPHIE**
*Chairman, U.S. Merit Systems Protection Board*

represented by **Eric J. Janson**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20001
US
(202) 514-9150
Email: eric.janson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/14/2006 | 1 | COMPLAINT against NEIL A.G. MCPHIE (Filing fee $ 350) filed by PHILLIP S. WOODRUFF.(jf, ) (Entered: 04/21/2006) |
| 04/14/2006 | | SUMMONS Not Issued as to NEIL A.G. MCPHIE (jf, ) (Entered: 04/21/2006) |
| 06/14/2006 | | SUMMONS (3) Issued as to NEIL A.G. MCPHIE, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/14/2006) |
| 07/03/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 6/21/2006, answer due 8/21/2006 (td, ) (Entered: 07/06/2006) |
| 07/03/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint |

Exhibit 3

| | | |
|---|---|---|
| | | Executed as to NEIL A.G. MCPHIE served on 6/23/2006, answer due 8/22/2006. (td, ) (Entered: 07/06/2006) |
| 08/21/2006 | 4 | MOTION for Extension of Time to *Answer or Otherwise Respond to Complaint* by NEIL A.G. MCPHIE. (Janson, Eric) (Entered: 08/21/2006) |
| 08/31/2006 | 7 | Memorandum in opposition to re 5 MOTION for Extension of Time to *Answer or Otherwise Respond* filed by PHILLIP S. WOODRUFF. (Attachments: # 1 Text of Proposed Order)(td, ) (Entered: 09/11/2006) |
| 08/31/2006 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 7/7/06. (td, ) (Entered: 09/11/2006) |
| 09/01/2006 | 5 | MOTION for Extension of Time to *Answer or Otherwise Respond* by NEIL A.G. MCPHIE. (Janson, Eric) (Entered: 09/01/2006) |
| 09/05/2006 | | ORDER granting 5 Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The defendant shall file its answer or otherwise respond to the plaintiff's complaint by September 8, 2006. Signed by Judge Reggie B. Walton on 9/5/06.(lcrbw2) (Entered: 09/05/2006) |
| 09/08/2006 | 6 | MOTION to Dismiss by NEIL A.G. MCPHIE. (Attachments: # 1 Exhibit Plaintiff's MSPB Appeal# 2 Exhibit MSPB Initial Decision# 3 Exhibit Plaintiff's MSPB Petition for Review (PFR)# 4 Exhibit MSPB PFR Decision# 5 Exhibit Plaintiff's Formal EEO Complaint# 6 Exhibit Dismissal for Plaintiff's Formal EEO Complaint)(Janson, Eric) (Entered: 09/08/2006) |