

# PHILLIP S. WOODRUFF

## FAX

**TO:** Eric Janson, Esq.

**FROM:** PHIL WOODRUFF

**DATE:** 9/1/06

**PAGES:** COVER +

**FAX NUMBER:** 202-514-8780

**FAX NUMBER:** 301 + 856-4636

**TELEPHONE NUMBER:** 202-514-9150

**TELEPHONE NUMBER:** 301 + 868-9383

**RE:** Extension Request

☒ URGENT   ☐ INFORMATION   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

**MESSAGE:**

Ms. Schoenfuhs is a Paralegal who is assisting me with this matter. I am totally disabled and have just been released from the hospital, N.Y. I am not available for extended communications with you on this topic.

Ms. Schoenfuhs properly communicated my position: I DO NOT CONCUR WITH ANY EXTENSION. As noted in my response to your previous Motion, there are serious concerns regarding the justification and timelines for your requests.

/psWoodruff/ 9/1/2006
Pro se   1:00 pm

10812 BROOKWOOD AVENUE ● UPPER MARLBORO ● MARYLAND 20772

Exhibit 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that that not later than the next business day following this 18 day of SEPTEMBER, 2006, a copy of the above pleading was sent via U.S. first class mail, postage prepaid to:

Kenneth L. Wainstein, U. S. Attorney
Rudolph Contreras, Asst. U.S. Attorney
Eric Janson, Special Assistant, U.S.
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
Phillip S. Woodruff