UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,           )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )
                               )  Case No.: 06-0688 RBW
Neil A.G. McPhie, Chairman     )
U.S. Merit Systems Protection Board )
1615 M Street, NW              )
Washington, DC  20419-0002     )
                               )
    Defendant                  )

## ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Defendant's Motion to Dismiss is DENIED, and further it is hereby

**ORDERED,** that the relief requested by Plaintiff in his complaint is GRANTED.

_____
Reggie B. Walton
United States District Court Judge