UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF | ) |
|    Plaintiff, | ) |
|       v. | ) Civil Action No. 06-0688 (RBW) |
| NEIL A.G. McPHIE, Chairman | ) |
|    Merit Systems Protection Board, | ) |
|    Defendant. | ) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of MADELYN E. JOHNSON, Assistant United States Attorney, as counsel of record for the Defendant, and withdraw the appearance of Eric Janson, formerly a Special Assistant U.S. Attorney, who has now left the United States Attorney's Office.

_____
MADELYN E. JOHNSON, DC Bar #292318
Assistant U.S. Attorney
Judiciary Center Building
555 - 4th Street, N.W. - Rm. E4114
Washington, D.C. 20530
(202) 514-7135

CERTIFICATE OF SERVICE

      I certify that on November 3, 2006 copy of the foregoing Entry of Appearance was served on counsel for all parties by electronic notification through the District Court ECF:

_____
Madelyn E. Johnson, Assistant U.S. Attorney
555 4th Street, N.W. – Rm. E4114
Washington, D.C.  20530
(202) 514-7135