UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEIL A.G. McPHIE, Chairman )<br>Merit Systems Protection Board, )<br>)<br>Defendant. ) | Civil Action No. 06-0688 (RBW) |

AMENDED CERTIFICATE OF SERVICE

I certify that on November 3, 2006 copy of the Substitution of Counsel filed today, November 3, 2006 in the above-captioned case was served on the plaintiff, pro se, by first class mail, postage pre-paid, and addressed:

PHILLIP S. WOODRUFF

10812 Brookwood Avenue

Upper Marlboro, MD 20772

_____
Madelyn E. Johnson, Assistant U.S. Attorney
555 4th Street, N.W. – Rm. E4114
Washington, D.C.  20530
(202) 514-7135