## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

PHILLIP S. WOODRUFF,                    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civil Action No. 06-688 (RBW)
                                        )
NEIL MCPHIE, CHAIRMAN,                  )
U.S. MERIT SYSTEMS PROTECTION BOARD     )
                                        )
            DefendantS,                 )
———————————————————————  )

## ORDER

     In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

     **ORDERED** that the Defendant's Motion To Dismiss is **GRANTED**.  It is further

     **ORDERED** that the Plaintiffs' Motion to Dismiss the Defendant's Motion to Dismiss is **DENIED**.  It is further

     **ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

     **SO ORDERED**.


                                        /s/_____
                                        REGGIE B. WALTON
                                        United States District Judge